**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**CHRISTY CARRASCO VIELMAS ,**

v.

**WARDEN, CALIFORNIA CITY ICE DETENTION FACILITY ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26−CV−06323−TLN−CKD**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/08/26 .**

ENTERED: **October 8, 2026**

/s/ **Keith Holland**
Clerk of Court